March 27, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

MAYOR ANNISE PARKER, IN HER OFFICIAL CAPACITY, AS MAYOR OF THE
CITY OF HOUSTON, Appellant

NO. 14-11-00353-CV                              V.

AFEWORK HUNEGNAW, Appellee
_____

This cause, an appeal from the order denying appellant Mayor Annise Parker, in her Official Capacity, As Mayor of the City of Houston's plea to the jurisdiction, signed April 5, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We order appellant Mayor Annise Parker, in her Official Capacity, As Mayor of the City of Houston to pay all costs incurred in this appeal. We further order this decision certified below for observance.